No. 10–6009.  CLEM *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 10–6052.  PHILLIPS *v.* ROCK, SUPERINTENDENT, UPSTATE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 10–6096.  GREER *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–6107.  CHOY *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 10–6119.  TINSLEY *v.* DENNEY, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 10–6120.  WINNETT *v.* SALINE COUNTY JAIL ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 10–6121.  THOMAS *v.* SISTO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–6147.  HALL *v.* OLLISON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–6150.  FOREMAN *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 10–6151.  HAUPT *v.* BROWN, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 10–6154.  HANSON *v.* CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 10–6164.  POPA *v.* PRICEWATERHOUSECOOPERS LLP.  C. A. 2d Cir.  Certiorari denied.

No. 10–6181.  MOSS *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 10–6199.  DILLARD *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.